**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 98-7218**

————————

DAVID LEE CARR,

Plaintiff - Appellant,

versus

NICHOLAS HUN, Ex-Commissioner, Department of
Corrections in his Individual Capacity; LARRY
MCNEELY, Commissioner, Department of Correc-
tions in his Individual Capacity; WILLIAM C.
DUNCIL, Warden, Huttonsville Correctional Cen-
ter in his Individual Capacity; ROY WHITE,
Medical Administrator CMS Huttonsville Cor-
rectional Center in his Individual Capacity;
BRENDA STARR, Employment Officer, Huttonsville
Correctional Center in her Individual Capac-
ity; ELLEN COLLETT, Dental Assistant, Huttons-
ville Correctional Center in her Individual
Capacity; MARY THOMPSON, RN, Nurse CMS,
Huttonsville Correctional Center in her Indi-
vidual Capacity; CORRECTIONAL MEDICAL SYS-
TEMS, INCORPORATED, CMS Huttonsville Correc-
tional Center in its Individual Capacity; JOHN
DOES, Unknown Agents, Huttonsville Correction-
al Center in his or her Individual Capacity,

Defendants - Appellees.

————————

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins. Robert Earl Maxwell, Senior
District Judge. (CA-97-56-2)

————————

Submitted: November 19, 1998      Decided: December 3, 1998

Before HAMILTON and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

David Lee Carr, Appellant Pro Se. Leslie K. Kiser, WEST VIRGINIA DEPARTMENT OF CORRECTIONS, Charleston, West Virginia; Mark Sheridan Brennan, WRIGHT, ROBINSON, OSTHIMER & TATUM, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David Lee Carr appeals the district court's order denying his motion for a restraining order and dismissing his civil action with prejudice. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Carr v. Hun, No. CA-97-56-2 (N.D. W. Va. July 28, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2